# Anny Okada

| | |
|---|---|
| **From:** | Anny Okada <legaldepartment@voklaw.com> |
| **Sent:** | Friday, December 18, 2015 11:14 AM |
| **To:** | aexoticcats@yahoo.com |
| **Subject:** | Vokshori Law Group: Outstanding Balance |
| **Attachments:** | Henriquez_VLG_LOE_Fully Executed_06.02.2015.pdf |

Dear Mr. Henriquez,

Your file has been passed along to me to close out, and collect on the fees owed for representation. Please review the following balance, and contact me at your earliest convenience to discuss financing options.

**Flat Fee:** $2,400 for period covered 02/20/2015 through 05/20/2015
**Monthly Maintenance Fee:** $249 for period covered 06/20/2015 through 12/18/2015 (6): $1,494.00
**Total Balance Due:** $3,894.00

I've attached your Legal Services Agreement to this e-mail so you may see exactly how the fees are broken down on page 3. We are more than happy to negotiate the fees, or set up a monthly payment plan to make the balance more manageable to pay off. Should you have any further questions or concerns in the slightest, please do not hesitate to contact me at the information provided below.

Thank you,

**Anny Okada**
Operations Manager
213-986-4323 x110 (direct) | 310-881-6996 (fax)
legaldepartment@voklaw.com (email) | www.VokLaw.com (website)

VOKSHORI LAW GROUP
1010 Wilshire Boulevard | Suite 1404 | Los Angeles, CA 90017

CONFIDENTIAL COMMUNICATION
This communication from Vokshori Law Group contains confidential information and may include privileged communication protected by the attorney-client and attorney-work product doctrines. The communication may additionally constitute confidential information subject to further disclosure restrictions by other doctrines. The unauthorized disclosure, copying, or other use and dissemination of this communication or any portions thereof is strictly prohibited and may be unlawful. This communication is to be read only by the intended recipients. If you have received this communication in error and/or are incorrectly designated as a recipient, please immediately notify Vokshori Law Group at info@voklaw.com and delete from your system all copies of the entire message including any documents attached thereto.

Important notice required by Federal Law: Vokshori Law Group is a debt relief agency pursuant to Federal Law §524 of Title 11 of the US Code. We provide legal assistance and help people file for bankruptcy relief under the United States Bankruptcy Code.

For more information about Vokshori Law Group, visit www.voklaw.com or call (213) 986-4323.

Please consider the environment before printing this message.